# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 06-CR-30042-WDS |
| MELVIN SLUSHER, | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

Before the Court is defendant's pro se motion for the Court to alert the Bureau of Prisons that his Federal Sentence in this case should include credit for time served at the state level (Doc. 44). The Court previously denied a similar motion (Doc. 42) in which the defendant sought to have this Court give him credit for time served on his Missouri state court conviction for robbery, second degree. In denying the defendant's motion, the Court noted that the offense charged in this case was committed while the defendant was on probation on another, non-related offense, and denied his motion for credit, holding that "The defendant's 'federal' time did not begin until he was sentenced in this Court, and it is at the discretion of the Court as to whether he would receive credit for a state court sentence." *See*, Order at Doc. 43, *citing*, U.S.S.G. §§ 5G1.3, Application Note 3(C); 7B1.3, Application Note 4.

The Court, at the time of sentencing, elected *not* to give him credit on his federal sentence for his prior state sentence. The Court remains persuaded that sentence should stand and, accordingly, **DENIES** his motion to alert the Bureau of Prisons as to his federal sentence status.

**IT IS SO ORDERED.**

**DATE:  29 October, 2011**

                                    **/s/  WILLIAM D. STIEHL**
                                        **DISTRICT JUDGE**